**E-filed 5/30/06**

1  JAMES DAL BON (STATE BAR NUMBER 157942)
   ADAM WANG (STATE BAR NUMBER 201233)
2  DAL BON & WANG
   12 South First Street, Suite 613
3  SAN JOSE, CA 95113
   Tel: (408) 292-1040
4  Fax: (408) 351-0261

5  Attorneys for Plaintiffs
   DANIEL PEREZ, SALVADOR CORDOBA,
6  SALVADOR PALAFAX, & JAVIER MENDEZ

7  RICHARD A. LEASIA, CA BAR NO. 073397
   rleasia@thelenreid.com
8  DANIEL J. MULLER, CA BAR NO. 193396
   dmuller@thelenreid.com
9  THELEN REID & PRIEST LLP
   225 West Santa Clara Street, 12th Floor
10 San Jose, CA 95113
   Telephone: (408) 292-5800
11 Facsimile: (408) 287-8040

12 Attorneys for Defendants,
   ARTEAGA'S STARLITE SUPERMARKET &
13 JUAN ARTEAGA

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| DANIEL PEREZ, ET AL, | Case No.: C05-04665JF (RS) |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER |
| vs. | |
| ARTEAGA'S STARLITE SUPERMARKET, ET AL, | |
| Defendants | |

Plaintiffs and defendants, through their counsel, hereby stipulate as follows:

1. In this wage and hour class action, plaintiffs seek to represent all employees hired over last four years at the various stores doing business under the name of Arteaga's Starlite Supermarket.

2. Currently, plaintiffs only name Mr. Juan Arteaga as the owner of the one of the putative stores.

3. Defendants have provided plaintiffs with the information concerning the ownership of other stores, and parties agree that this lawsuit cannot proceed before adding the owners of other stores as defendants.

4. As such, while parties felt necessary to file the Joint Case Management Statement in compliance with the local rule, parties stipulate and request that the Initial Case Management Conference currently scheduled on June 2, 2006 be continued for 45 days until the additional defendants be added in the Complaint and properly served upon.

Respectfully submitted:

Dated: May 26, 2006                     DAL BON & WANG

                                        By:     /s/ ADAM WANG
                                                Adam Wang
                                                Attorney for Plaintiffs

Dated: May 26, 2006                     THELEN REID & PRIEST LLP

                                        By      /s/ DANIEL J. MULLER
                                                Daniel J. Muller
                                                Attorneys for Defendants

_____

### [P~~ROPOSED~~] ORDER

Pursuant to party's stipulation, good cause present, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on June 2, 2006 be continued to July 7, 2006.

IT IS SO ORDERED.

Dated: May 30, 2006                     _____
                                        Jeremy Fogel
                                        United States District Judge
2                                                          C05-4665 JF (RS)

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Perez, et al. v. Arteaga's Starlite Supermarket, et al.