**E-filed 6/1/06**

JAMES DAL BON (STATE BAR NUMBER 157942)
ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 351-0261

Attorneys for Plaintiffs
DANIEL PEREZ, SALVADOR CORDOBA,
SALVADOR PALAFAX, & JAVIER MENDEZ

RICHARD A. LEASIA, CA BAR NO. 073397
rleasia@thelenreid.com
DANIEL J. MULLER, CA BAR NO. 193396
dmuller@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Defendants,
ARTEAGA'S STARLITE SUPERMARKET &
JUAN ARTEAGA

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEREZ, ET AL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARTEAGA'S STARLITE SUPERMARKET, ET AL,<br><br>    Defendants | Case No.: C05-04665JF (RS)<br><br>STIPULATION TO FILE THE FIRST AMENDED COMPLAINT & [~~PROPOSED~~] ORDER |

Plaintiffs and defendants, through their counsel, hereby stipulate as follows:

1. In this wage and hour class action, plaintiffs seek to represent all employees hired over last four years at the various stores doing business under the name of Arteaga's Starlite Supermarket.

2. Currently, plaintiffs only name Mr. Juan Arteaga as the owner of the one of the putative stores.

3. Defendants have provided plaintiffs with the information concerning the ownership of other stores, and parties agree that this lawsuit cannot proceed before adding the owners of other stores as defendants.

4. As such, parties hereby stipulate that plaintiffs shall file the First Amended Complaint in the form of Exhibit A hereto.

Respectfully submitted:

Dated: May 26, 2006    DAL BON & WANG

By: /s/ ADAM WANG
   Adam Wang
   Attorney for Plaintiffs

Dated: May 26, 2006    THELEN REID & PRIEST LLP

By /s/
   Daniel J. Muller
   Attorneys for Defendants

---

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that Plaintiffs be granted leave to file the First Amended Complaint.

IT IS SO ORDERED.

Dated: ~~May __, 2006~~
   June 1, 2006

By: _____
   Jeremy Fogel
   United States District Judge

2  C05-4665 JF (RS)
STIPULATION TO FILE THE FIRST AMENDED COMPLAINT
Perez, et al. v. Arteaga's Starlite Supermarket, et al.