1  JAMES DAL BON (STATE BAR NUMBER 157942)
   ADAM WANG (STATE BAR NUMBER 201233)
2  DAL BON & WANG
   12 South First Street, Suite 613
3  SAN JOSE, CA 95113
   Tel: (408) 292-1040
4  Fax: (408) 292-1045

5  Attorneys for Plaintiffs
   DANIEL PEREZ, SALVADOR CORDOBA,
6  SALVADOR PALAFAX, & JAVIER MENDEZ

7  RICHARD A. LEASIA, CA BAR NO. 073397
   rleasia@thelenreid.com
8  DANIEL J. MULLER, CA BAR NO. 193396
   dmuller@thelenreid.com
9  THELEN REID & PRIEST LLP
   225 West Santa Clara Street, 12th Floor
10 San Jose, CA 95113
   Telephone: (408) 292-5800
11 Facsimile: (408) 287-8040

12 Attorneys for Defendants,
   ARTEAGA'S STARLITE SUPERMARKET &
13 JUAN ARTEAGA

14 MAUREEN E. McFADDEN, CA BAR NO. 203781
   maureen@mcfaddenlaw.net
15 LAW OFFICES OF MAUREEN E. McFADDEN
   819 Bancroft Way
16 Berkeley, CA 94710
   Telephone: (510) 845-5203
17
   Attorneys for Defendants,
18 JOSE ARTEAGA AND AMADOR ARTEAGA

19                UNITED STATES DISTRICT COURT

20              FOR NORTHERN DISTRICT OF CALIFORNIA

21 | DANIEL PEREZ, ET AL,                | Case No.: C05-04665JF (RS)
22 |          Plaintiffs,                | STIPULATION TO CONTINUE INITIAL
   |                                     | Case MANAGEMENT CONFERENCE &
23 |    vs.                              | [~~PROPOSED~~] ORDER
24 | ARTEAGA'S STARLITE SUPERMARKET,
   | ET AL,
25 |          Defendants

---

1                                                              C05-4665 JF (RS)

Plaintiffs and defendants, through their respective counsel, hereby stipulate as follows:

1. On November 15, 2005, plaintiff filed a wage and hour class action, seeking to represent all employees hired over the last four years at the various stores doing business under the name of Arteaga's Starlite Supermarket.

2, The Initial Case Management Conference was held on July 7, 2006.

3. Because the case was not yet at issue due to four new defendants having been added by the First Amended Complaint filed on June 1, 2006, the Court continued the Case Management Conference to September 8, 2006.

4. By July 25, 2006, new defendants Engelberto Arteaga, Jose Arteaga, and Amador Arteaga had filed their answers.

4. Defendant Alfonso Quintana, the only defendant who has not appeared, was served on July 11, 2006. Based on an earlier conversation between Alfonso Quintana's attorney Dominic Libonati and plaintiffs' counsel, on August 22, 2006, Mr. Libonati sent plaintiffs' counsel certain documents, requesting that his client be dismissed from this case. Plaintiffs' counsel agreed to grant an extension for defendant Quintana to file an answer while plaintiffs consider his dismissal request. Despite the extension to file an answer, Mr. Libonati had agreed that his client, Alfonso Quintana, would participate in the mediation in this case.

5. However, during the course of the preparation of the Joint Case Management Statement and the parties' discussion of mediation, Maureen E. McFadden, the counsel for defendants Jose Arteaga and Amador Arteaga, learned of Mr. Libonati's intended representation of defendant Quintana, and raised a potential conflict of interest issue. Mr. Libonati elected to withdraw from the case.

6. In order to allow defendant Quintana to retain new counsel, plaintiffs and all other defendants who have appeared hereby respectfully request that the Court continue the Case Management Conference currently scheduled for September 8, 2006 for two weeks, until September 22, 2006.

STIPULATION TO CONTINUE CMC
Perez, et al. v. Arteaga's Starlite Supermarket, et al.

| | | |
|---|---|---|
| 1 | Dated: September 5, 2006 | DAL BON & WANG |
| 2 | By: | /s/ ADAM WANG |
| | | Adam Wang |
| 3 | | Attorney for Plaintiffs |
| 4 | Dated: September 5, 2006 | THELEN REID & PRIEST LLP |
| 5 | By | /s/ Daniel Muller |
| | | Daniel J. Muller |
| 6 | | Attorneys for Defendants |
| | | Arteaga's Starlite Supermarket, Juan |
| 7 | | Arteaga & Engelberton Arteaga |
| 8 | Dated: September 5, 2006 | MAUREEN E. McFADDEN |
| 9 | By: | /s/ MAUREEN E. McFadden |
| 10 | | Maureen E. McFadden |
| | | Attorney for Defendants |
| 11 | | Jose Arteaga & Amador Arteaga |

[~~PROPOSED~~] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Case management Conference be continued to September 22, 2006.

IT IS SO ORDERED.

Dated: September 8 , 2006

_____
Jeremy Fogel
United States District Judge

STIPULATION TO CONTINUE CMC
Perez, et al. v. Arteaga's Starlite Supermarket, et al.