JAMES DAL BON (STATE BAR NUMBER 157942)
ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

**E-filed 9/8/06**

Attorneys for Plaintiffs
DANIEL PEREZ, SALVADOR CORDOBA,
SALVADOR PALAFAX, & JAVIER MENDEZ

RICHARD A. LEASIA, CA BAR NO. 073397
rleasia@thelenreid.com
DANIEL J. MULLER, CA BAR NO. 193396
dmuller@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Defendants,
ARTEAGA'S STARLITE SUPERMARKET &
JUAN ARTEAGA

MAUREEN E. McFADDEN, CA BAR NO. 203781
maureen@mcfaddenlaw.net
LAW OFFICES OF MAUREEN E. McFADDEN
819 Bancroft Way
Berkeley, CA 94710
Telephone: (510) 845-5203

Attorneys for Defendants,
JOSE ARTEAGA AND AMADOR ARTEAGA

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEREZ, ET AL, | Case No.: C05-04665JF (RS) |
| Plaintiffs, | STIPULATION TO CONTINUE INITIAL ADR DEADLINE & [~~PROPOSED~~] ORDER |
| vs. | |
| ARTEAGA'S STARLITE SUPERMARKET, ET AL, | |
| Defendants | |

1    C05-4665 JF (RS)

STIPULATION TO CONTINUE ADR Deadline
Perez, et al. v. Arteaga's Starlite Supermarket, et al.

Plaintiffs and defendants, through their respective counsel, hereby stipulate as follows:

1.  In this wage and hour class action, plaintiffs seek to represent all employees hired over last four years at the various stores doing business under the name of Arteaga's Starlite Supermarket.

2,  On June 1, 2006, plaintiffs filed their First Amended Complaint, adding four new defendants, Engelberto Arteaga, Jose Arteaga, Amador Arteaga and Alfonso Quintana.

3.  By July 25, 2006, defendants Engelberto Arteaga, Jose Arteaga, Amador Arteaga have filed their answers.

4.  Defendant Alfonso Quintana, the only defendant who has not appeared, was served on July 11, 2006.  Based on an earlier conversation between Alfonso Quintana's attorney Dominic Libonati and plaintiffs' counsel, on August 22, 2006, Mr. Libonati sent plaintiffs' counsel certain documents, requesting that his client be dismissed from this case.  Plaintiffs' counsel agreed to grant an extension for defendant Quintana to file an answer while plaintiffs consider his dismissal request.  Despite the extension to file an answer, Mr. Libonati agreed that his client Alfonso Quintana would participate in the mediation in this case.

5.  However, during the course of preparing the Joint Case Management Statement and discussion of mediation, Maureen E. McFadden, the counsel for defendants Jose Arteaga and Amador Arteaga, first learned of Mr. Libonati's intended representation of defendant Quintana, and raised a potential conflict of interest issue.  Mr. Libonati elected to withdraw from this case on September 5, 2006.

6.  On July 7, 2006, the Court referred this case to the Court's ADR program for mediation, setting the deadline for completion of ADR on September 6, 2006. On July 27, 2006, Teresa V. Carey was appointed as mediator.

6.  Given the withdrawal of defendant Quintana's counsel, it is not practical to complete the mediation by the current deadline.  As such, parties respectfully request that the deadline to complete ADR be continued until November 30, 2006.

STIPULATION TO CONTINUE ADR Deadline
Perez, et al. v. Arteaga's Starlite Supermarket, et al.

| | | |
|---|---|---|
| Dated: September 5, 2006 | | DAL BON & WANG |
| | By: | /s/ ADAM WANG<br>Adam Wang<br>Attorney for Plaintiffs |
| Dated: September 5, 2006 | | THELEN REID & PRIEST LLP |
| | By | /s/ Daniel Muller<br>Daniel J. Muller<br>Attorneys for Defendants<br>Arteaga's Starlite Supermarket, Juan Arteaga & Engelberton Arteaga |
| Dated: September 5, 2006 | | MAUREEN E. McFADDEN |
| | By: | /s/ MAUREEN E. McFadden<br>Maureen E. Mcfadden<br>Attorney for Defendants<br>Jose Arteaga & Amador Arteaga |

---

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that parties shall participate in the Court sponsored mediation to be completed by November 30, 2006.

IT IS SO ORDERED.

Dated: September 8, 2006

_____
Jeremy Fogel
United States District Judge

3                                C05-4665 JF (RS)

STIPULATION TO CONTINUE ADR Deadline
Perez, et al. v. Arteaga's Starlite Supermarket, et al.