JAMES DAL BON (STATE BAR NUMBER 157942)
ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 292-1045

Attorneys for Plaintiffs
DANIEL PEREZ, SALVADOR CORDOBA,
SALVADOR PALAFAX, & JAVIER MENDEZ


RICHARD A. LEASIA,  CA BAR NO. 073397
rleasia@thelenreid.com
DANIEL J. MULLER,  CA BAR NO. 193396
dmuller@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA  95113
Telephone:  (408) 292-5800
Facsimile:  (408) 287-8040

Attorneys for Defendants,
ARTEAGA'S STARLITE SUPERMARKET,
JUAN ARTEAGA, & ENGELBERTO ARTEAGA


MAUREEN E. McFADDEN, CA BAR NO. 203781
maureen@mcfaddenlaw.net
LAW OFFICES OF MAUREEN E. McFADDEN
819 Bancroft Way
Berkeley, CA 94710
Telephone: (510) 845-5203

Attorneys for Defendants,
JOSE ARTEAGA AND AMADOR ARTEAGA


LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty, Esq. (Bar No. 136088)
Justin Surber (226937)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone:  (650) 685-8085
Facsimile:  (650) 685-8086
mdlaw@pacbell.net

Attorney for Defendant
ALFONSO QUINTANA

1

**C05-4665 JF (RS)**

STIPULATION TO CONTINUE CMC
Perez, et al. v. Arteaga's Starlite Supermarket, et al.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEREZ, ET AL,<br><br>           Plaintiffs,<br><br>    vs.<br><br>ARTEAGA'S STARLITE SUPERMARKET, ET AL,<br>          Defendants | Case No.: C05-04665JF (RS)<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & [~~PROPOSE~~D] ORDER |

Plaintiffs and defendants, through their respective counsel, hereby stipulate as follows:

1.      On November 10, 2006, the parties to this case attended a day long mediation which resulted in a full settlement of the case.  Per the terms of the settlement agreement, this action will be dismissed in its entirety.  The parties have agreed upon the terms of a written settlement agreement and are currently collecting the necessary signatures.  It is anticipated that the settlement agreement will be finalized and that all of its terms will be satisfied within the next thirty days.

2.      A case management conference is currently scheduled for December 8, 2006.  Given that the case has settled, the parties agree that further case management is not necessary.  Once the settlement paperwork is finalized, the parties intend to file with the Court a joint request for dismissal.  Accordingly, the parties jointly request that the Court set a new case management conference date for sometime in January 2007.  As explained, it is expected that the settlement and dismissal will be finalized by that time and that, in fact, the January 2007 conference will not need to take place.

**C05-4665 JF (RS)**

STIPULATION TO CONTINUE CMC
Perez, et al. v. Arteaga's Starlite Supermarket, et al.

RESPECTFULLY SUBMITTED,

Dated:  December 5, 2006                                        DAL BON & WANG

                                                    By:    /s/ ADAM WANG
                                                           Adam Wang
                                                           Attorney for Plaintiffs


Dated:  December 5, 2006                                        THELEN REID BROWN
                                                               RAYSMAN & STEINER LLP

                                                    By    /s/ Daniel Muller
                                                          Daniel J. Muller
                                                          Attorneys for Defendants
                                                          Arteaga's Starlite Supermarket, Juan
                                                          Arteaga & Engelberto Arteaga

Dated:  December 5, 2006                                        MAUREEN E. McFADDEN

                                                    By:    /s/ MAUREEN E. McFadden
                                                           Maureen E. McFadden
                                                           Attorney for Defendants
                                                           Jose Arteaga & Amador Arteaga

Dated:  December 5, 2006                                        MICHAEL D. LIBERTY

                                                    By:    /s/ MICHAEL D. LIBERTY
                                                           Michael D. Liberty
                                                           Attorney for Defendant Alfonso
                                                           Quintana


## SIGNATURE ATTESTATION


        In accordance with General Order 45, part X(B), I hereby attest that concurrence in the

filing of this document has been obtained from Adam Wang, Maureen E. McFadden, and

Michael D. Liberty, the other signatories.



                                                            /s/ Daniel J. Muller

                                                        **C05-4665 JF (RS)**

STIPULATION TO CONTINUE CMC
Perez, et al. v. Arteaga's Starlite Supermarket, et al.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Case management

Conference be continued to January  12 , 2007.

IT IS SO ORDERED.

Dated: December  7  , 2006

Jeremy Fogel
United States District Judge

**C05-4665 JF (RS)**

STIPULATION TO CONTINUE CMC
Perez, et al. v. Arteaga's Starlite Supermarket, et al.